Mary E. Bacon, Esq.
(NV Bar No. 12686)
Jessica E. Chong, Esq.
(NV Bar No. 13845)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
          jchong@spencerfane.com

*Attorneys for Defendant Garrison Property and Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **AMI NICOLE ROBBINS**, individually,<br><br>Plaintiff,<br><br>v.<br><br>**GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY,** a Foreign (Insurance) Corporation; DOES I through X; and ROE CORPORATIONS I through XX, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00712-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff, Ami Nicole Robbins ("Plaintiff"), and Defendant, Garrison Property and Casualty Insurance Company ("Defendant") have agreed to extend the time for Defendant to Respond to Plaintiff's Complaint for two weeks, from May 12, 2023 to May 26, 2023. Plaintiff filed his complaint on March 31, 2023 and Defendant was served on April 11, 2023. This is the parties' first stipulation to extend Defendant's time to respond to the Complaint.

The parties request this brief extension to accommodate Defendant's counsel returning from maternity leave. May 8, 2023 was her first day back in the office and is getting back up to speed.

This request is made in good faith and not for the purpose of delay.

DATED this 12th day of May, 2023.

**SPENCER FANE, LLP**

/s/ Mary E. Bacon
Mary E. Bacon, Esq.
Nevada Bar No. 12686
300 South Fourth Street, Suite 950
Las Vegas, Nevada  89101
Attorneys for *Defendant Garrison Property and Casualty Insurance Company*

**SOUTHWEST INJURY LAW, PLLC**

/s/ Luis A. Avon
Luis A. Ayon, Esq.
Nevada Bar No. 9752
SOUTHWEST INJURY LAW, PLLC
Las Vegas, Nevada 89148
8716 Spanish Ridge Avenue, Suite 120 APR 0 6 2023
Telephone: (702) 600-3200 DIVISION OF INSURANCE
Facsimile: (602) 900-9947 STATE OF NEYADA
E-Mail: laa@swinjuEylaw.com
Attorneys for Plaintiff

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  May 15, 2023