Luis A. Ayon, Esq.
Nevada Bar No. 9752
**SOUTHWEST INJURY LAW, PLLC**
8716 Spanish Ridge Ave, Suite 120
Las Vegas, NV 89148
Telephone: (702) 600-3200
Facsimile: (602) 900-9947
laa@swinjurylaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AMI NICOLE ROBBINS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, a Foreign (Insurance) Corporation; DOES I through X; and ROE CORPORATIONS I through XX, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00712-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

IT IS HEREBY STIPULATED between Plaintiff Ami Robbins and Defendant Garrison Property and Casualty Insurance Company, by and through their undersigned counsel, that the deadline for Plaintiff's response to Defendant's Motion to Dismiss currently set for June 09, 2023 be extended to June 16, 2023.

///

///

///

///

Respectfully submitted this 9th day of June, 2023.

| | |
|---|---|
| **SOUTHWEST INJURY LAW**<br>**DATE: 06/09/2023** | **SPENCER FANE, LLP**<br>**DATE:** |
| */s/ Luis A. Ayon*<br>Luis A. Ayon, Esq.<br>Nevada Bar No.: 9752<br>8716 Spanish Ridge Ave, Suite 120<br>Las Vegas, NV 89148<br>*Attorneys for Plaintiff* | */s/ Mary E. Bacon*<br>Mary E. Bacon, Esq.<br>Nevada Bar No.: 12686<br>300 S Fourth Street, Suite 950<br>Las Vegas, NV 89101<br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
2:23-cv-00712-APG-EJY
Robbins v. Garrison Property and Casualty

Dated this 12th day of June, 2023.